**E. BERT RIDDLE v. STATE OF FLORIDA**

36 So. (2nd) 172                                                    June Term, 1948
June 29, 1948                                                              En Banc
Rehearing denied July 15, 1948

*John M. Coe,* for appellant.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed.

THOMAS, C. J., SEBRING, BARNS and HOBSON, JJ., concur.

TERRELL and CHAPMAN, JJ., dissent.

ADAMS, J., not participating.

TERRELL, J., dissenting:

I think the evidence in this case is legally insufficient to support the conviction. Considered in sum, I think it is more consistent with a frame-up on the defendant than it is with his guilt. It is far short of showing a "lewd" attempt to "fondle" the prosecutrix, and, while on trial for a felony with a sex aspect, it is about to condemn defendant to infamy and dishonor I am convinced that it would not be sufficient to condemn him for chicken stealing, a trial for which would be governed by the same rules of evidence.

Having received such a reaction from the record impels me to dissent. I am authorized to say that Mr. Justice CHAPMAN agrees to this conclusion.

CHAPMAN, J., concurs.